NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DIANA FOSTER, Trustee of )
THE BULLDOG BOX CO. )
401(k) PLAN, )
)
     Petitioner, )
)
v. )     Case No. 2D19-518
)
HIGHLAND PARK )
NEIGHBORHOOD ASSOCIATION, )
INC., )
)
     Respondent. )
_____ )

Opinion filed August 16, 2019.

Petition for Writ of Certiorari to the
Circuit Court for the 13th Judicial Circuit
for Hillsborough County; sitting in its
appellate capacity.

Edward B. Cole of Cole Law Firm,
P.A., Palm Harbor, for Petitioners.

Francis E. Friscia and John J. Cavaliere,
III, of Friscia & Ross, P.A., and
Phillip S. Howell and Maggie E. Potter
of Galloway, Johnson, Tompkins, Burr
& Smith, PLC, for Respondent.


PER CURIAM.


     Denied.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.